**IRS** Department of the Treasury
Internal Revenue Service
401 W PEACHTREE ST, NW
Stop: 334-D
ATLANTA, GA 30308-3539

**Chapter and Case Number:**
13 12-73495
**Person to Contact:**
RENEE CARRIKER
**Contact Telephone Number:**
(404) 338-7573
**Employee Fax Number:**
(404) 338-8070
**Employee Identification Number:**
0244382

Date: July 22, 2014

C. RAY MULLINS
UNITED BANKRUPTCY COURT
75 SPRING STREET, S W. RM 1340
ATLANTA, GA 30303

Debtor: APRIL WILKERSON
Bankruptcy Filed September 20, 2012

*Filed in U.S. Bankruptcy Court Atlanta, Georgia JUL 24 2014 By: M. Regina Thomas, Deputy Clerk*

This is to certify that the records of the Internal Revenue Service reflect that the Proof of Claim filed on behalf of the Internal Revenue Service dated 03/03/2014 is no longer in force and effect.

If you have any questions, our contact information is shown above. Thank you for your cooperation.

/s/ ALVIN FRASER
Revenue Officer

cc: APRIL WILKERSON
    DANIELLE J ELIOT

Letter 3931CG (11-2004)
Catalog Number 38952B